| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | **Katie Edson, MD LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Edson Family Practice** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-1420146** |

| | | |
| --- | --- | --- |
| **4.** | **Debtor's address** | **Principal place of business** |

**1097 N Franklin Street**
**Christiansburg, VA 24073**
Number, Street, City, State & ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website** (URL) | **https://www.edsonfp.com/** |

| | | |
| --- | --- | --- |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Katie Edson, MD LLC**                                    Case number (*if known*)
         Name

**7.**  **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6213**

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | | When | Case number |
| District | | When | Case number |

Debtor   **Katie Edson, MD LLC**                                          Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Katie Edson, MD LLC**                                Case number (*if known*)
_____
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million          ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Debtor   **Katie Edson, MD LLC**                                              Case number (*if known*) _____
         Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 27, 2026**
              MM / DD / YYYY

**X** **/s/ Katherine P. Edson, MD**                          **Katherine P. Edson, MD**
Signature of authorized representative of debtor              Printed name

Title   **Owner/Manager**

---

**18. Signature of attorney**

**X** **/s/ Andrew S. Goldstein**                      Date   **July 27, 2026**
Signature of attorney for debtor                             MM / DD / YYYY

**Andrew S. Goldstein**
Printed name

**Magee Goldstein Lasky & Sayers, P.C.**
Firm name

**Post Office Box 404**
**Roanoke, VA 24003-0404**
Number, Street, City, State & ZIP Code

Contact phone   **(540) 529-1609**      Email address   **agoldstein@mglspc.com**

**28421 VA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Katie Edson, MD LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2026**          X **/s/ Katherine P. Edson, MD**
                                            Signature of individual signing on behalf of debtor

                                            **Katherine P. Edson, MD**
                                            Printed name

                                            **Owner/Manager**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Katie Edson, MD LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flagstar Financial 102 Duffy Avenue Hicksville, NY 11801 | | 2022 BTL EmFace Machine | | $212,000.00 | $18,000.00 | $194,000.00 |
| MMP Capital LLC ISAOA 19 Engineers Lane Farmingdale, NY 11735 | | Emtone and Cellutone | | $173,025.68 | $28,800.00 | $144,225.68 |
| Northmill 601 Merritt Norwalk, CT 06851 | | 2022 Emsculpt Neo | | $142,250.00 | $80,000.00 | $62,250.00 |
| Amur Equipment Finance Inc. 308 N Locust St Grand Island, NE 68802 | | 2022 Emsella | | $88,680.00 | $39,000.00 | $49,680.00 |
| Wells Fargo SBCS Account Servicing Team PO Box 40310 Mesa, AZ 85274 | | Credit Card | | | | $31,932.90 |
| Path Group 5301 Virginia Way Brentwood, TN 37027 | | Unknown | | | | $5,000.00 |
| IRS PO Box 7346 Philadelphia, PA 19101 | | Payroll Taxes | | | | $4,303.94 |
| Town of Christiansburg Tax Dept. 100 East Main Street Christiansburg, VA 24073 | | Business Property Taxes | | | | $3,351.29 |

Debtor **Katie Edson, MD LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Headway Capital 4700 W Daybreak Parkway, Suite 200 South Jordan, UT 84009** | | **Unknown** | | | | **$1,093.39** |
| **Virginia Department of Taxation OCC/Bankruptcy PO Box 2156 Richmond, VA 23218** | | **Notice Only** | | | | **$1.00** |
| **Montgomery County Treasurer 755 Roanoke Street, #1B Christiansburg, VA 24073** | | **Personal Property Taxes** | | | | **$1.00** |

**Fill in this information to identify the case:**

Debtor name   **Katie Edson, MD LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................  $ **174,514.08**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................................  $ **174,514.08**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **615,955.68**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ **7,657.23**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ **38,026.29**

4. **Total liabilities** ....................................................................................................................................
Lines 2 + 3a + 3b                                                                   $ **661,639.20**

**Fill in this information to identify the case:**

Debtor name   **Katie Edson, MD LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**
   ---|---

2.   **Cash on hand**   **$25.00**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo Checking Account Ending in 0911** **Balance of Account: -77.53** | | | **$0.00** |
| 3.2. **Wells Fargo Savings Account Ending in 0785** | | | **$0.00** |
| 3.3. **Virginia Credit Union Savings Account Ending in 7861** | | | **$100.00** |
| 3.4. **Virginia Credit Union Checking Account Ending in 7853** | | | **$4,781.08** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**   **$4,906.08**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor   **Katie Edson, MD LLC**                         Case number *(If known)* _____
            Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11b. Over 90 days old:  **5,172.44**  -  **5,172.44** =....  **$0.00**
                              face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**                                    **$0.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **See Exhibit A attached** | | $0.00 | **Debtor Estimate** | $393.00 |
| 22. | **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**                                    **$393.00**

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor   **Katie Edson, MD LLC**                                      Case number *(If known)* _____
         Name

☐ Yes

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Part 7: **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

Part 8: **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **2022 BTL EmFace Machine** | $0.00 | **Debtor Estimate** | $18,000.00 |
| **2022 Emsclupt Neo** | $0.00 | **Debtor Estimate** | $80,000.00 |
| **2022 Emsella** | $0.00 | **Debtor Estimate** | $39,000.00 |
| **See Exhibit B attached** | $0.00 | **Debtor Estimate** | $3,415.00 |
| **Emtone and Cellutone** | $0.00 | **Debtor Estimate** | $28,800.00 |

51.   **Total of Part 8.**                                                                              | $169,215.00 |

      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Katie Edson, MD LLC**                                           Case number *(If known)*
            Name

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

Debtor     **Katie Edson, MD LLC**                                    Case number *(If known)* _____
_____
           Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,906.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $393.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $169,215.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $174,514.08 | **+** 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $174,514.08

Exhibit A

Inventory

| | Quantity in stock | Estimated Value |
|---|---|---|
| Oral thermometer SHEATHS (50/box) | 2 | $5 |
| Small weekly pill box | 4 | $1 |
| Spearmint 15ml | 2 | $10 |
| Clove 15ml | 1 | $6 |
| Lavender (15ml) | 1 | $13 |
| Lemon (15ml) | 1 | $4 |
| Lemon (15ml) | 1 | $10 |
| Lemongrass 15mL | 2 | $7 |
| Rosemary 15mL | 1 | $7 |
| Clary Sage | 1 | $13 |
| Balance (15ml) | 1 | $7 |
| On Guard (15ml) | 3 | $13 |
| Petal Diffuser | 2 | $13 |
| onGUARD Foaming Hand Wash | 1 | $6 |
| Deep Blue Rub | 1 | $13 |
| Breathe | 1 | $10 |
| Diaper Rash Cream | 1 | $3 |
| Cypress 15ml | 2 | $6 |
| On Guard Beadlets 125s | 1 | $6 |
| Tea Tree (15ml) | 2 | $8 |
| La Luz | 1 | $15 |
| On Guard Hand Sanitizing Mist | 3 | $3 |
| onGUARD Foaming Hand Wash Dispenser | 2 | $2 |
| Eucalyptus Essential Oil 15 mL | 1 | $10 |
| SuperMint Essential Oil 15 mL | 1 | $14 |
| TriEase 60 Softgels | 1 | $9 |
| On Guard+ Protective Blend 60 Soft gels | 1 | $10 |
| On Guard+ Protective Blend 60 Soft gels | 1 | $10 |
| Swaddlers size 1 PACK | 1 | $0 |
| Zinc Gluconate 30mg (100 tab) | 3 | $1 |
| Vitamin C 500mg 100tab | 3 | $2 |

| | | |
|---|---|---|
| Zinc with Vit C | 2 | $2 |
| Hard Case -8inch | 14 | $0 |
| High Dose Vit D (50,000 IU/mL) | 11 | $1 |
| Ultra Pill Splitter self-retracting | 3 | $1 |
| Children's Ibuprofen Oral Suspension 100mg/5mL | 1 | $2 |
| AutoJect 2 | 3 | $9 |
| Digital rectal thermometer | 2 | $2 |
| Digital rectal thermometer | 3 | $2 |
| Digital thermometer | 2 | $1 |
| Post-Op Shoe Square Toe (single) Small | 1 | $3 |
| Lions Mane (120 capsules) | 5 | $8 |
| Stamets 7 | 1 | $10 |
| Lion's Mane Powder (100g) | 1 | $4 |
| Reishi Powder | 1 | $5 |
| 3-in-1 Pill Crusher | 1 | $2 |
| Ther-Biotic Kids 60 Chewable Tab | 1 | $10 |
| Selenium 200mcg (60 capsule) | 3 | $1 |
| Elderberry Gummies (60 count) | 6 | $2 |
| 5-HTP 50mg | 2 | $7 |
| Vitamin D3 & K2 4,000 IU/100mcg 120s | 1 | $5 |
| Berberine 120capsules | 1 | $8 |
| Ther-Biotic Baby powder | 1 | $5 |
| Compact Space Chamber (no mask) | 2 | $3 |
| COMPACT SPACE CHAMBER WITH SMALL MASK | 1 | $3 |
| VH MicroNeb Nebulizer | 1 | $8 |
| Blood Pressure Monitor (wide range cuff) | 1 | $7 |
| Blood Pressure Monitor (wide range cuff) | 2 | $8 |
| Peak Flow Meter | 1 | $4 |
| Specimen Trap 40cc (suction) | 45 | $0 |
| SOLU-MEDROL 500mg/mL - 1 VIAL in 1 CARTON (0009-0758-01) / 8 mL in 1 VIAL | 2 | $7 |
| CYANOCOBALAMIN 1000ug/mL - 1 VIAL, MULTI-DOSE in 1 BOX (0517-0130-01) / 30 mL in 1 VIAL, MULTI-DOSE | 89 | $0 |
| METAXALONE 800mg/1 | 79 | $0 |
| CITALOPRAM HYDROBROMIDE 10mg/1 | 100 | $0 |
| Post-Op Shoe Round Toe (single) Medium | 1 | $3 |
| HYDROXYZINE HYDROCHLORIDE 25mg/1 | 90 | $0 |

| | | |
|---|---|---|
| Hydroxyzine Hydrochloride 50mg/1 | 100 | $0 |
| LOPERAMIDE HYDROCHLORIDE 2mg/1 | 1 | $0 |
| PROGESTERONE 50mg/mL - 10 mL in 1 VIAL, MULTI-DOSE (55150-306-10) | 1 | $4 |
| AMOXICILLIN 500mg/1 | 16 | $0 |
| AMOXICILLIN 500mg/1 | 100 | $0 |
| ONDANSETRON 4mg/1 | 28 | $0 |
| GLIPIZIDE 5mg/1 | 100 | $0 |
| FLUTICASONE PROPIONATE 50ug/1 | 1 | $3 |
| OSELTAMIVIR PHOSPHATE 30mg/1 | 20 | $0 |
| OSELTAMIVIR PHOSPHATE 45mg/1 | 2 | $2 |
| OSELTAMIVIR PHOSPHATE 75mg/1 | 40 | $0 |
| ESCITALOPRAM OXALATE 20mg/1 | 200 | $0 |
| SULFAMETHOXAZOLE; TRIMETHOPRIM 800mg/1; 160mg/1 | 100 | $0 |
| RIZATRIPTAN BENZOATE 5mg/1 | 12 | $0 |
| Nipple Shield Medium 21mm | 4 | $1 |
| Nipple Shield (tulip contact) 24mm | 2 | $1 |
| Nipple Sheild 18mm Cherry shaped | 4 | $2 |
| Nipple Shield (conical) 28mm | 2 | $2 |
| Tubigrip Size D (sold per inch) | 144 | $0 |
| Tubigrip size E (sold per inch) | 360 | $0 |
| Tubigrip size F (sold per inch) | 360 | $0 |
| Weekly Pill box -Extra Large | 1 | $2 |
| Weekly Pill Organizer XL | 2 | $2 |
| | $393 | total |

## Exhibit B

Equipment, Office Furnishings, Etc.

| Item | Value |
|---|---|
| Printer | $0.00 |
| White file cabinet | $0.00 |
| Acer Laptop | $0.00 |
| EKG Machine | $0.00 |
| alarm system | $100 |
| alarm system-2nd | $98 |
| Assistant Laptop | $0.00 |
| dymo printers | $23 |
| external hard drive | $18 |
| lab fridge (Haier 2.7 cu ft) | $73 |
| Laptop (assistant) | $0.00 |
| Print server | $90 |
| scale, analog | $15 |
| Wireless Router-Netgear | $58 |
| office nurse phone | $60 |
| oxygen tank | $16 |
| tank holder | $8 |
| tank regulator | $7 |
| Epson printer | $271 |
| Remarkable Tablet | $167 |
| ball chair | $23 |
| black shelves (3/4) | $35 |
| camera system | $100 |
| chest of drawers blue | $17 |
| gray desks (2) | $53 |
| ipad | $366 |
| iphone | $267 |
| kid desk | $13 |
| kid storage | $8 |
| leather chair | $5 |

| | |
|---|---:|
| leather couch | $0.00 |
| outside table/chairs | $25 |
| paisley chairs(2) | $0.00 |
| plant stand | $40 |
| rocking chair indoor | $0.00 |
| rocking chairs outdoor | $20 |
| rolling stools (2) | $51 |
| small black shelf | $0.00 |
| small round tables(2) | $12 |
| tent white | $43 |
| White shelves (2) | $0.00 |
| iMac (2) | $67 |
| Tall white cabinets | $200 |
| Legal Black file cabinet | $8 |
| Oversized arm chairs (2) | $126 |
| Sadle chair | $36 |
| Apple Wireless Keyboards (2) | $72 |
| Apple Wireless trackpads (2) | $73 |
| microscope, light | $59 |
| cervical dilators | $35 |
| digital thermometer, welch allyn | $30 |
| Oto/Ophthalmoscopes with changing station | $180 |
| panoptic ophthalmoscope | $230 |
| surgical scissors | $6 |
| dragon professional software | $98 |
| Nuance PowerMic | $52 |
| ear curettes (3) | $6 |
| otoscope head | $23 |
| fridge thermometers (2) | $22 |
| GYN instruments, long handle | $10 |
| TOTAL | $3,415 |

**Fill in this information to identify the case:**

Debtor name   **Katie Edson, MD LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A* **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Amur Equipment Finance Inc.** <br> Creditor's Name <br><br> **308 N Locust St** <br> **Grand Island, NE 68802** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **06/2022** <br> **Last 4 digits of account number** <br> **Unknown** <br> Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **2022 Emsella** <br><br><br> **Describe the lien** <br> **Equipment Lien** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | **$88,680.00** | **$39,000.00** |
| **2.2** | **Flagstar Financial** <br> Creditor's Name <br><br> **102 Duffy Avenue** <br> **Hicksville, NY 11801** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **11/2022** <br> **Last 4 digits of account number** <br> **Unknown** <br> Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien** <br> **2022 BTL EmFace Machine** <br><br><br> **Describe the lien** <br> **Equipment Lien** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | | **$212,000.00** | **$18,000.00** |

Debtor **Katie Edson, MD LLC**                                       Case number (if known) _____
      Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **MMP Capital LLC ISAOA** | Describe debtor's property that is subject to a lien | $173,025.68 | $28,800.00 |

Creditor's Name

**Emtone and Cellutone**

**19 Engineers Lane
Farmingdale, NY 11735**
Creditor's mailing address

**Describe the lien**
**Equipment Lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/22**
**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Northmill** | Describe debtor's property that is subject to a lien | $142,250.00 | $80,000.00 |

Creditor's Name

**2022 Emsclupt Neo**

**601 Merritt
Norwalk, CT 06851**
Creditor's mailing address

**Describe the lien**
**Equipment Lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/2022**
**Last 4 digits of account number**
**4043**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$615,955.68**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 3

Debtor   **Katie Edson, MD LLC**
Name

Case number (if known)

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Amur Equipment Finance**<br>**304 3rd Street**<br>**Grand Island, NE 68801** | Line __2.1__ | |
| **Financial Services**<br>**PO Box 209505**<br>**Dallas, TX 75320** | Line __2.1__ | |
| **MMP Capital**<br>**c/o Nikolaos D. Athanasopoulos, Esq**<br>**135 Maxess Road**<br>**Melville, NY 11747** | Line __2.3__ | |
| **Signature Financial LLC**<br>**225 Broadhollow Rd., Ste 132W**<br>**Melville, NY 11747** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name  **Katie Edson, MD LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,303.94** | **$4,303.94** |
| Date or dates debt was incurred<br>**2nd Quarter 2026** | Basis for the claim:<br>**Payroll Taxes** | | |
| Last 4 digits of account number **Unknown**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Montgomery County Treasurer**<br>**755 Roanoke Street, #1B**<br>**Christiansburg, VA 24073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.00** | **$0.00** |
| Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**Personal Property Taxes** | | |
| Last 4 digits of account number **Unknown**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Katie Edson, MD LLC**                                Case number (if known) _____
         _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,351.29 | $3,351.29 |

**Town of Christiansburg**
**Tax Dept.**
**100 East Main Street**
**Christiansburg, VA 24073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Business Property Taxes**

Last 4 digits of account number **Unknown**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |

**Virginia Department of Taxation**
**OCC/Bankruptcy**
**PO Box 2156**
**Richmond, VA 23218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Notice Only**

Last 4 digits of account number **Unknown**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,093.39** |

**Headway Capital**
**4700 W Daybreak Parkway, Suite 200**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Unknown**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |

**Path Group**
**5301 Virginia Way**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Unknown**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,932.90** |

**Wells Fargo**
**SBCS Account Servicing Team**
**PO Box 40310**
**Mesa, AZ 85274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  05/2016**

**Last 4 digits of account number  3903**

**Basis for the claim:  Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 2 of 3**

Debtor    **Katie Edson, MD LLC**
_____
Name

Case number (if known)    _____

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Taxing Authority Consulting Service**<br>**PO Box 31800**<br>**Henrico, VA 23294** | Line  **2.3**<br><br>☐    Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 7,657.23 |
| **5b. Total claims from Part 2** | 5b.  **+** $ | 38,026.29 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c.  $ | 45,683.52 |

**Fill in this information to identify the case:**

Debtor name   **Katie Edson, MD LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **1097 North Franklin Street, Christiansburg, VA 24073** | |
| | State the term remaining | **Expires 05/31/2027** | **REA Rentals** |
| | List the contract number of any government contract | | **2720 Madison Avenue** **Christiansburg, VA 24073** |

**Fill in this information to identify the case:**

Debtor name      **Katie Edson, MD LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Katherine P. Edson, MD** | **101 Angle Drive Christiansburg, VA 24073** | **Amur Equipment Finance Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Katherine P. Edson, MD** | **101 Angle Drive Christiansburg, VA 24073** | **MMP Capital LLC ISAOA** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Katherine P. Edson, MD** | **101 Angle Drive Christiansburg, VA 24073** | **Northmill** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Katherine P. Edson, MD** | **101 Angle Drive Christiansburg, VA 24073** | **Flagstar Financial** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Reuel Edson** | **101 Angle Drive Christiansburg, VA 24073** | **Amur Equipment Finance Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Katie Edson, MD LLC**                     Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Katie Edson, MD LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$116,302.17** |
   | **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$268,411.11** |
   | **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$227,070.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  **Katie Edson, MD LLC**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Montgomery County Treasurer** <br>**755 Roanoke Street, #1B** <br>**Christiansburg, VA 24073** | **04/23/2026** | **$14,687.79** | ☐ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>☐ Services <br>■ Other **Business Property Taxes** |
| 3.2. **Flagstar Financial** <br>**102 Duffy Avenue** <br>**Hicksville, NY 11801** | **04/29/2026,** <br>**05/08/2026,** <br>**05/21/2026** | **$23,665.52** | ■ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>☐ Services <br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Edson Aesthetics** <br>**1097 N Franklin Street** <br>**Christiansburg, VA 24073** <br>**Affiliate** | **April 2025-May 2026** | **$19,611.00** | **Payment for aesthetics services Performed on family medicine practice.** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Montgomery County Treasurer** <br>**755 Roanoke Street, #1B** <br>**Christiansburg, VA 24073** | **Garnished Bank Account - Funds were credited back to bank account after an agreement was reached with the Debtor.** <br>Last 4 digits of account number: _____ | **03/20/2026-04/01/2026** | **$5,599.45** |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Katie Edson, MD LLC**                                    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **MMP Capital, LLC v Katie Edson, MD, LLC and Dr. Katherine P. Edson**<br>**610690/2026** | **Complaint** | **Supreme Court of the State of New York**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Magee Goldstein Lasky & Sayers, P.C.**<br>**Post Office Box 404**<br>**Roanoke, VA 24003-0404** | **Attorney Fees** | **06/11/2026 -**<br>**$10,000.00**<br>**07/15/2026 -**<br>**$2,000.00** | **$12,000.00** |

**Email or website address**
**agoldstein@mglspc.com**

**Who made the payment, if not debtor?**
**Debtor's Principal**

---

Debtor   **Katie Edson, MD LLC**                                    Case number *(if known)* _____

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐   No. Go to Part 9.
    ■   Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Katie Edson, MD, LLC dba Edson Family Practice 1097 N Franklin Street Christiansburg, VA 24073** | **Family Practice** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Atlas MD** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐   No.
    ■   Yes. State the nature of the information collected and retained.

Debtor   **Katie Edson, MD LLC**                                          Case number *(if known)*

---

**Medical Information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■   No. Go to Part 10.
   ☐   Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Stoway Self Storage**<br>**400 Depot Street, NE**<br>**Christiansburg, VA 24073** | **Emely Sandoval** | **Decorations, Supplies for Events, Etc.** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **Katie Edson, MD LLC**                                    Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Joyfull Tree Bookkeeping** **2000 Kraft Drive, Suite 1111** **Blacksburg, VA 24060** | **2018-Present** |
| 26a.2.   **TABS** **609 Indpendence Way, #120** **Chesapeake, VA 23320** | **2018-Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Katie Edson, MD LLC**                                    Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Katherine P. Edson, MD**<br>**101 Angle Drive**<br>**Christiansburg, VA 24073** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Katherine P. Edson, MD** | **101 Angle Drive**<br>**Christiansburg, VA 24073** | **Manager** | **99%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reuel Edson** | **101 Angle Drive**<br>**Christiansburg, VA 24073** | | **1%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Katherine P. Edson, MD**<br>**101 Angle Drive**<br>**Christiansburg, VA 24073** | **$19,683.00** | **Multiple** | **Owner's Draw** |
| **Relationship to debtor**<br>**Owner** | | | |

Debtor    **Katie Edson, MD LLC**                                          Case number *(if known)*

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■   No
☐   Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■   No
☐   Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 27, 2026**

**/s/ Katherine P. Edson, MD**                         **Katherine P. Edson, MD**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Owner/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Virginia

In re    **Katie Edson, MD LLC**          Case No. _____

                       Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept      $      **20,000.00**

   Prior to the filing of this statement I have received      $      **12,000.00**

   Balance Due      $      **8,000.00**

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **Debtor's Principal**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **See Bankruptcy Engagement Agreement**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See Bankruptcy Engagement Agreement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 27, 2026**            **/s/ Andrew S. Goldstein**
*Date*                           **Andrew S. Goldstein**
                                *Signature of Attorney*
                                **Magee Goldstein Lasky & Sayers, P.C.**
                                **Post Office Box 404**
                                **Roanoke, VA 24003-0404**
                                **(540) 529-1609 Fax: (540) 343-9898**
                                **agoldstein@mglspc.com**
                                *Name of law firm*

# United States Bankruptcy Court
## Western District of Virginia

In re   **Katie Edson, MD LLC**                                    Case No. _____

_____
Debtor(s)                                          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Katherine P. Edson, MD**<br>**101 Angle Drive**<br>**Christiansburg, VA 24073** | | | **99%** |
| **Reuel Edson**<br>**101 Angle Drive**<br>**Christiansburg, VA 24073** | | | **1%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 27, 2026**
_____

Signature   **/s/ Katherine P. Edson, MD**
_____
**Katherine P. Edson, MD**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Virginia**

In re   **Katie Edson, MD LLC**                          Case No. _____
                              Debtor(s)          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **July 27, 2026** _____         **/s/ Katherine P. Edson, MD** _____
                                         **Katherine P. Edson, MD**/**Owner/Manager**
                                         Signer/Title

Katie Edson, MD LLC - 1

AMUR EQUIPMENT FINANCE
304 3RD STREET
GRAND ISLAND, NE 68801


AMUR EQUIPMENT FINANCE INC.
308 N LOCUST ST
GRAND ISLAND, NE 68802


FINANCIAL SERVICES
PO BOX 209505
DALLAS, TX 75320


FLAGSTAR FINANCIAL
102 DUFFY AVENUE
HICKSVILLE, NY 11801


HEADWAY CAPITAL
4700 W DAYBREAK PARKWAY, SUITE 200
SOUTH JORDAN, UT 84009


IRS
PO BOX 7346
PHILADELPHIA, PA 19101


KATHERINE P. EDSON, MD
101 ANGLE DRIVE
CHRISTIANSBURG, VA 24073


MMP CAPITAL
C/O NIKOLAOS D. ATHANASOPOULOS, ESQ
135 MAXESS ROAD
MELVILLE, NY 11747


MMP CAPITAL LLC ISAOA
19 ENGINEERS LANE
FARMINGDALE, NY 11735


MONTGOMERY COUNTY TREASURER
755 ROANOKE STREET, #1B
CHRISTIANSBURG, VA 24073

Katie Edson, MD LLC - 2

NORTHMILL
601 MERRITT
NORWALK, CT 06851


PATH GROUP
5301 VIRGINIA WAY
BRENTWOOD, TN 37027


REA RENTALS
2720 MADISON AVENUE
CHRISTIANSBURG, VA 24073


REUEL EDSON
101 ANGLE DRIVE
CHRISTIANSBURG, VA 24073


SIGNATURE FINANCIAL LLC
225 BROADHOLLOW RD., STE 132W
MELVILLE, NY 11747


TAXING AUTHORITY CONSULTING SERVICE
PO BOX 31800
HENRICO, VA 23294


TOWN OF CHRISTIANSBURG
TAX DEPT.
100 EAST MAIN STREET
CHRISTIANSBURG, VA 24073


VIRGINIA DEPARTMENT OF TAXATION
OCC/BANKRUPTCY
PO BOX 2156
RICHMOND, VA 23218


WELLS FARGO
SBCS ACCOUNT SERVICING TEAM
PO BOX 40310
MESA, AZ 85274

# United States Bankruptcy Court
### Western District of Virginia

In re   **Katie Edson, MD LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Katie Edson, MD LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 27, 2026**

Date

**/s/ Andrew S. Goldstein**

**Andrew S. Goldstein**

Signature of Attorney or Litigant
Counsel for   **Katie Edson, MD LLC**

**Magee Goldstein Lasky & Sayers, P.C.**

**Post Office Box 404**
**Roanoke, VA 24003-0404**
**(540) 529-1609 Fax:(540) 343-9898**
**agoldstein@mglspc.com**